# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

**GREATER ALABAMA**
**BUILDING, LLC,**

    Plaintiff,

v.                                       CIVIL ACTION NO.: 3:22-cv-00391

**STATE FARM FIRE AND**
**CASUALTY COMPANY,**

    Defendant.

## JOINT STUPULATION FOR DISMISSAL

COME NOW the plaintiff, Greater Alabama Building, LLC, and the defendant, State Farm Fire & Casualty Company and hereby stipulate to the dismissal of all claims, allegations, and causes of action in the above-styled action, with prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Kevin D. Heard*
Kevin D. Heard (ASB-4873-E50K)
*Attorney for Greater Alabama Building, LLC*

OF COUNSEL:
**HEARD, ARY, & DAURO, LLC**
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, Alabama 35801
Tel: (256) 535-0817
kheard@heardlaw.com

                                      */s/ C. Dennis Hughes*
                                      C. Dennis Hughes (ASB 1033-H65C)
                                      Tracy T. Miller (ASB 6972-T81M)
                                      Dorissa S. Smith (ASB 9412-B17G)
                                      *Attorneys for State Farm Fire*
                                      *and Casualty Company*

OF COUNSEL:
**HAND ARENDALL HARRISON SALE LLC**
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Tel: (205) 502-0147
Fax: (205) 324-4400
cdhughes@handfirm.com
tmiller@handfirm.com
dsmith@handfirm.com